McGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YOVANNY ONTIVEROS,<br><br>Defendant. | CASE NO. 2:18-CR-00175 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>DATE: October 4, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 4, 2018.

2. By this stipulation, defendant now moves to continue the status conference until November 1, 2018, at 9:30 a.m., and to exclude time between October 4, 2018, and November 1, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes 188 pages of documents, including documents related to the defendant's prior immigration proceedings and previous criminal cases. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1  b) Counsel for defendant desires additional time to conduct investigation and
2  research related to the charges in light of recent case law affecting immigration proceedings, to
3  review discovery in this matter in light of the recent case law, to consult with his client, and to
4  discuss potential resolutions with his client.
5  c) Counsel for defendant believes that failure to grant the above-requested
6  continuance would deny him the reasonable time necessary for effective preparation, taking into
7  account the exercise of due diligence.
8  d) The government does not object to the continuance.
9  e) Based on the above-stated findings, the ends of justice served by continuing the
10 case as requested outweigh the interest of the public and the defendant in a trial within the
11 original date prescribed by the Speedy Trial Act.
12 f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
13 et seq., within which trial must commence, the time period of October 4, 2018 to November 1,
14 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
15 T4] because it results from a continuance granted by the Court at defendant's request on the basis
16 of the Court's finding that the ends of justice served by taking such action outweigh the best
17 interest of the public and the defendant in a speedy trial.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 2, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ SHEA J. KENNY
SHEA J. KENNY
Assistant United States Attorney

Dated: October 2, 2018

/s/ JEROME PRICE
JEROME PRICE
Counsel for Defendant
YOVANNY ONTIVEROS

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 2nd day of October, 2018.

Troy L. Nunley
United States District Judge