| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | YOVANNY ONTIVEROS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-CR-00175-TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| vs. | ) |
| YOVANNY ONTIVEROS, | ) Date: November 1, 2018 ) Time: 9:30 a.m |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Shea J. Kenny, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Yovanny Ontiveros, **that the status conference scheduled for November 1, 2018 be vacated and continued to December 6, 2018 at 9:30 a.m.**

The continuance is requested due to defense counsel unavailability and to enable defense counsel to continue the fact investigation, discovery review, and legal research necessary to determine an appropriate resolution in this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including December 6, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order to Continue Status Conference -1-

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 29, 2018                    */s/ Jerome Price*
                                          JEROME PRICE
                                          Assistant Federal Defender
                                          Attorneys for Defendant YOVANNY ONTIVEROS

Date: October 29, 2018                    McGREGOR W. SCOTT
                                          United States Attorney

                                          */s/ Shea J. Kenny*
                                          SHEA J. KENNY
                                          Assistant United States Attorney
                                          Attorneys for Plaintiff

Stipulation and Order to Continue Status Conference                -2-

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS HEREBY ORDERED, the Court, having received and considered the parties' |
| 3 | stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as |
| 4 | its order. The Court specifically finds the failure to grant a continuance in this case would deny |
| 5 | counsel reasonable time necessary for effective preparation, taking into account the exercise of |
| 6 | due diligence. The Court finds the ends of justice are served by granting the requested |
| 7 | continuance and outweigh the best interests of the public and defendant in a speedy trial. |
| 8 | The Court orders the time from the date the parties stipulated, up to and including |
| 9 | December 6, 2018, shall be excluded from computation of time within which the trial of this case |
| 10 | must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) |
| 11 | and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It** |
| 12 | **is further ordered the November 1, 2018 status conference shall be continued until** |
| 13 | **December 6, 2018, at 9:30 a.m.** |

Dated: October 30, 2018

HON. TROY L. NUNLEY
United States District Judge.