FILED
December 14, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> YOVANNY ONTIVEROS, ) <br> ) <br> Defendant. ) | Case No. 2:18CR00175-TLN <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __YOVANNY ONTIVEROS__ , Case No. __2:18CR00175-TLN__ , Charge __8USC § 1326(a)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  __ Bail Posted in the Sum of $_____

   __ Unsecured Appearance Bond $_____

   __ Appearance Bond with 10% Deposit

   __ Appearance Bond with Surety

   __ Corporate Surety Bail Bond

   ✔ (Other)    Pretrial conditions as stated on the record.

*Ordered Released 2/17/18 @ 9:00 am*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __December 14, 2018__ at __2:39 pm__ .

          By   /s/ Allison Claire/s/ Allison Claire
            Allison Claire
            United States Magistrate Judge

Copy 2 - Court