| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN # 282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>YOVANNY ONTIVEROS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-000175-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO MODIFY** |
| | ) | **SPECIAL CONDITIONS OF PRETRIAL** |
| vs. | ) | **RELEASE; EXHIBIT A** |
| | ) | |
| YOVANNY ONTIVEROS, | ) | |
| | ) | Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Shea Kenny, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Yovanny Ontiveros, that Special Condition 14 of Pretrial Release (Curfew) (ECF No. 30) be modified to change the curfew hours to 9:00 p.m. to 6:00 a.m. Currently, the condition sets the hours at 7:00 p.m. to 6:00 a.m. Pretrial Services supports this modification. The proposed Amended conditions of Pretrial Release is attached as **Exhibit A**. the government does not oppose the modified curfew.

///

///

///

///

Stipulation and Proposed Order to Modify                -1-
Special Conditions of Pretrial Release

All other conditions of release will remain in full force and effect.

                                             Respectfully submitted,
                                             HEATHER E. WILLIAMS
                                             Federal Defender

Date: May 22, 2019                       */s/ Jerome Price*
                                             JEROME PRICE
                                             Assistant Federal Defender
                                             Attorneys for Defendant
                                             YOVANNY ONTIVEROS

Date: May 22, 2019                       MCGREGOR W. SCOTT
                                             United States Attorney

                                             */s/ Shea Kenny*
                                             SHEA KENNY
                                             Assistant United States Attorney
                                             Attorneys for Plaintiff

**O R D E R**

Having reviewed the parties' stipulation, the court hereby adopts the stipulation in its entirety as its order. Special Condition 14 of Defendant Yovanny Ontiveros' conditions of pretrial release shall be modify as follows:

> **14. CURFEW:** *You must remain inside your residence every day from 9:00pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations;*

The Defendant shall abide by all conditions contained in the Amended Conditions of Pretrial Release. All other conditions of pretrial release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: May 23, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE