McGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-175 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND CONTINUANCE OF TRIAL DATE; FINDINGS AND ORDER |
| v. | |
| YOVANNY ONTIVEROS, aka Yovanny Ontiveros Cebre, aka Yovanny Cebreros, | DATE: August 19, 2019 TIME: 9:00 a.m. COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for trial to begin on August 19, 2019, with time excluded through that date. The Trial Confirmation Hearing was set for July 11, 2019. Any dispositive motions were to be filed by March 12, 2019. Counsel expect that trial will require approximately 3 trial days.

2. By this stipulation, defendants now move to continue the trial until February 3, 2020, at 9:00 a.m, and re-set Trial Confirmation Hearing to December 19, 2019, at 9:30 a.m., and to exclude time between August 19, 2019, and February 3, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 188 bates-stamped pages or files of material. This is comprised of

material from the defendant's A-File, including documents regarding his prior immigration proceedings and contacts with immigration authorities, as well as documents related to his prior criminal convictions and his criminal history. All of this discovery has been produced directly to counsel and/or made available for inspection and copying.

b) Counsel for the defendant desires additional time to prepare. Assistant Federal Defender Jerome Price has represented he intends to file a motion to dismiss the indictment based on recent developments in case law, specifically with respect to the classification of California Health and Safety Code section 11379 (the statute of conviction which was the basis of the defendant's 2005 Administrative Removal Order) as a "controlled substance offense." This will require additional time to research and investigate the defendant's underlying criminal history, immigration proceedings, and the applicable law, as well as additional time to research and prepare the motion. In addition, defense counsel requires additional time to prepare for trial while attending to the rest of his criminal docket, including three federal criminal jury trials scheduled respectively for September 2019, November 2019, and January 2020.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 19, 2019 to February 3, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 3, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ SHEA J. KENNY
SHEA J. KENNY
Assistant United States Attorney

Dated: June 3, 2019

/s/ JEROME PRICE
JEROME PRICE
Counsel for Defendant
YOVANNY ONTIVEROS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 3rd day of June, 2019.

Troy L. Nunley
United States District Judge