| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN # 282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>YOVANNY ONTIVEROS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-000175-TLN |
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO AMEND PRETRIAL MOTION SCHEDULE** |
| vs. | ) | |
| YOVANNY ONTIVEROS, | ) ) | Date: February 27, 2020<br>Time; 9:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Troy L. Nunley |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Shea Kenny, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Yovanny Ontiveros, that motion schedule be amended as follows:

a) Any pretrial motions brought pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure shall be filed by March 5, 2020.

b) The government's opposition to any Rule 12(b)(3) motion shall be filed by April 2, 2020.

c) The defendant's reply to any Rule 12(b)(3) motion, if any, shall be filed by April 16, 2020.

d) The Court's hearing on any Rule 12(b)(3) motion shall be scheduled for April 30, 2020, unless the Court sets a different date.

*Stipulation and Order to* -1-
*Amend Pretrial Motion Schedule*

This continuance is to allow additional time for both parties to review materials.

DATED: February 26, 2020  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant
YOVANNY ONTIVEROS

DATED: February 26, 2020  McGREGOR W. SCOTT
United States Attorney

*/s/ Shea Kenny*
SHEA KENNY
Assistant United States Attorney
Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court amends the pretrial motion schedule as follows:

   a) Any pretrial motions brought pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure shall be filed by March 5, 2020.

   b) The government's opposition to any Rule 12(b)(3) motion shall be filed by April 2, 2020.

   c) The defendant's reply to any Rule 12(b)(3) motion, if any, shall be filed by April 16, 2020.

   d) The Court's hearing on any Rule 12(b)(3) motion shall be scheduled for April 30, 2020, unless the Court sets a different date.

Dated: February 26, 2020

Troy L. Nunley
United States District Judge