|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>January 25, 2021<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

Plaintiff,

v.

YOVANNY ONTIVEROS,

Defendant.

Case No. 2:18-cr-175-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  YOVANNY ONTIVEROS ,

Case No.  2:18-cr-175-TLN   Charge 21 USC §841(a)(1) and 8 USC §1326(a) and (b)((2) , from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

____ Unsecured Appearance Bond $ _____

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

X    (Other): Under the previously imposed & posted Bond and terms and conditions, with the additional terms and conditions, as stated on the record.

Issued at Sacramento, California on January 25, 2021 at   3:00 pm        .

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney