Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
YOVANNY ONTIVEROS

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>YOVANNY ONTIVEROS,<br><br>　　　　　Defendant. | Case No.: 2:18-cr-00175 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,  Cameron Desmond, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Yovanny Ontiveros, that the previously scheduled status conference date of September 9, 2021, be vacated and the matter set for status conference on December 16, 2021, at 9:30 a.m.

　　　　This continuance is requested because Mr. Ontiveros is also charged in Case No. 2:21-cr-00104 TLN.  That case has voluminous discovery requiring review which will impact the instant case.  That case is being continued by stipulation to December 16, 2021

　　　　The Government concurs with this request.

　　　　Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

1  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local
2  Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation,
3  September 3, 2021, to and including December 16, 2021.

4      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
5      IT IS SO STIPULATED.

6  Dated:  September 3, 2021                                   Respectfully submitted,

7                                                /s/ Michael E. Hansen
8                                                MICHAEL E. HANSEN
                                              Attorney for Defendant
9                                                MIGUEL HUITRON

10 Dated:  September 3, 2021                                   Phillip Talbert
                                              Acting United States Attorney

11                                               By:  /s/ Michael E. Hansen for
                                              CAMERON DESMOND
12                                               Assistant U.S. Attorney
                                              Attorney for Plaintiff
13

14                                                **ORDER**

15     The Court, having received, read, and considered the stipulation of the parties,
16 and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its
17 order.  Based on the stipulation of the parties and the recitation of facts contained therein, the
18 Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and
19 trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court
20 specifically finds that the failure to grant a continuance in this case would deny defense counsel
21 to this stipulation reasonable time necessary for effective preparation, taking into account the
22 exercise of due diligence.  The Court finds that the ends of justice to be served by granting the
23 requested continuance outweigh the best interests of the public and the defendants in a speedy
24 trial.
25     The Court orders that the time from the date of the parties' stipulation, September
26 3, 2021, to and including December 16, 2021, shall be excluded from computation of time within
27 which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
28

1  section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).
2  It is further ordered that the September 9, 2021, status conference shall be continued until
3  December 16, 2021, at 9:30 a.m.
4      IT IS SO ORDERED.

6  Dated: September 7, 2021

                                      Troy L. Nunley
                                      United States District Judge

**Stipulation and Order to Continue Status Conference**