Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
YOVANNY ONTIVEROS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>YOVANNY ONTIVEROS,<br><br>             Defendant. | Case No.: 2:18-cr-00175 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Cameron Desmond, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Yovanny Ontiveros, that the previously scheduled status conference date of February 24, 2022, be vacated and the matter set for status conference on April 28, 2022, at 9:30 a.m.

This continuance is requested because Mr. Ontiveros is also charged in Case No. 2:21-cr-00104 TLN.  That case has voluminous discovery requiring review which will impact the instant case.  That case is being continued by stipulation to April 28, 2022.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

1  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local
2  Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation,
3  February 22, 2022, to and including April 28, 2022.
4        Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
5        IT IS SO STIPULATED.

Dated:  February 22, 2022                                  Respectfully submitted,

                                                           /s/ Michael E. Hansen
                                                           MICHAEL E. HANSEN
                                                           Attorney for Defendant
                                                           YOVANNY ONTIVEROS

Dated:  February 22, 2022                                  Phillip Talbert
                                                           United States Attorney

                                                           By:  /s/ Michael E. Hansen for
                                                           CAMERON DESMOND
                                                           Assistant U.S. Attorney
                                                           Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

      The Court orders that the time from the date of the parties' stipulation, February 22, 2022, to and including April 24, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.

**Stipulation and Order to Continue Status Conference**

1  section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).
2  It is further ordered that the February 24, 2022, status conference shall be **CONTINUED** until
3  **April 28, 2022, at 9:30 a.m**.
4      IT IS SO ORDERED.

6  Dated: February 22, 2022

                             Troy L. Nunley
                             United States District Judge

**Stipulation and Order to Continue Status Conference**