Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
YOVANNY ONTIVEROS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>YOVANNY ONTIVEROS,<br><br>            Defendant. | Case No.: 2:18-cr-00175 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Cameron Desmond, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Yovanny Ontiveros, that the previously scheduled status conference date of April 28, 2022, be vacated and the matter set for status conference on August 18, 2022, at 9:30 a.m.

This continuance is requested because Mr. Ontiveros is also charged in Case No. 2:21-cr-00104 TLN.  That case has voluminous discovery requiring review which will impact the instant case.  That case is being continued by stipulation to August 18, 2022.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

1  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local
2  Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation,
3  April 20, 2022, to and including August 18, 2022.
4      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
5      IT IS SO STIPULATED.

6  Dated:  April 20, 2022            Respectfully submitted,

7                           /s/ Michael E. Hansen
                         MICHAEL E. HANSEN
8                           Attorney for Defendant
                         YOVANNY ONTIVEROS
9

10 Dated:  April 20, 2022            Phillip Talbert
                         United States Attorney

11                          By: /s/ Michael E. Hansen for
                         CAMERON DESMOND
12                          Assistant U.S. Attorney
                         Attorney for Plaintiff
13

14                                **ORDER**

15     The Court, having received, read, and considered the stipulation of the parties,
16 and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its
17 order.  Based on the stipulation of the parties and the recitation of facts contained therein, the
18 Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and
19 trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court
20 specifically finds that the failure to grant a continuance in this case would deny defense counsel
21 to this stipulation reasonable time necessary for effective preparation, taking into account the
22 exercise of due diligence.  The Court finds that the ends of justice to be served by granting the
23 requested continuance outweigh the best interests of the public and the defendants in a speedy
24 trial.
25     The Court orders that the time from the date of the parties' stipulation, April 20,
26 2022, to and including August 18, 2022, shall be excluded from computation of time within
27 which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
28

1 section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).
2 It is further ordered that the April 28, 2022, status conference shall be continued until August 18,
3 2022, at 9:30 a.m.
4     IT IS SO ORDERED.

Dated: April 21, 2022

_____
Troy L. Nunley
United States District Judge