Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
YOVANNY ONTIVEROS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:18-cr-00175 TLN |
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | ) ) | |
| YOVANNY ONTIVEROS, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,  Cameron Desmond, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Yovanny Ontiveros, that the previously scheduled status conference date of November 17, 2022, be vacated and the matter set for status conference on January 12, 2023, at 9:30 a.m.

This continuance is requested because Mr. Ontiveros is also charged in Case No. 2:21-cr-00104 TLN.  That case has voluminous discovery requiring review which will impact the instant case.  New discovery in the related case has just been received.  That case is being continued by stipulation to January 12, 2023.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and

**1**
**Stipulation and Order to Continue Status Conference**

1  that time within which the trial of this case must be commenced under the Speedy Trial Act
2  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local
3  Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation,
4  November 14, 2022, to and including January 12, 2023.

5  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

6  IT IS SO STIPULATED.

7  Dated:  November 14, 2022            Respectfully submitted,

8                                       /s/ Michael E. Hansen
                                        MICHAEL E. HANSEN
9                                       Attorney for Defendant
                                        YOVANNY ONTIVEROS
10
11 Dated:  November 14, 2022            Phillip Talbert
                                        United States Attorney
12
                                        By:  /s/ Michael E. Hansen for
13                                      CAMERON DESMOND
                                        Assistant U.S. Attorney
14                                      Attorney for Plaintiff

15                                   **ORDER**

16  The Court, having received, read, and considered the stipulation of the parties,
17 and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its
18 order.  Based on the stipulation of the parties and the recitation of facts contained therein, the
19 Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and
20 trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court
21 specifically finds that the failure to grant a continuance in this case would deny defense counsel
22 to this stipulation reasonable time necessary for effective preparation, taking into account the
23 exercise of due diligence.  The Court finds that the ends of justice to be served by granting the
24 requested continuance outweigh the best interests of the public and the defendants in a speedy
25 trial.

26  The Court orders that the time from the date of the parties' stipulation, November
27 14, 2022, to and including January 12, 2023, shall be excluded from computation of time within
28

1  which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
2  section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).
3  It is further ordered that the November 17, 2022, status conference shall be continued until
4  **January 12, 2023, at 9:30 a.m.**
5      IT IS SO ORDERED.
6  DATED:  November 14, 2022

                                       Troy L. Nunley
                                       United States District Judge

**Stipulation and Order to Continue Status Conference**