Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
YOVANNY ONTIVEROS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>YOVANNY ONTIVEROS,<br><br>    Defendant. | Case No.: 2:18-cr-00175 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,  Cameron Desmond, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Yovanny Ontiveros, that the previously scheduled status conference date of January 12, 2023, be vacated and the matter set for status conference on **March 23, 2023, 2023, at 9:30 a.m.**

   This continuance is requested because Mr. Ontiveros is also charged in Case No. 2:21-cr-00104 TLN.  That case has voluminous discovery requiring review which will impact the instant case.  That case is being continued by stipulation to March 23, 2023.

   The Government concurs with this request.

   Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

1  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local
2  Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation,
3  January 6, 2023, to and including March 23, 2023.  Accordingly, the parties respectfully request
4  the Court adopt this proposed stipulation.
5      IT IS SO STIPULATED.

6  Dated:  January 6, 2023                         Respectfully submitted,

7                                /s/ Michael E. Hansen
8                                MICHAEL E. HANSEN
                                 Attorney for Defendant
9                                YOVANNY ONTIVEROS

10  Dated:  January 6, 2023                        Phillip Talbert
                                  United States Attorney

11                                By:  /s/ Michael E. Hansen for
                                  CAMERON DESMOND
12                                Assistant U.S. Attorney
                                  Attorney for Plaintiff
13

14  **ORDER**

15      The Court, having received, read, and considered the stipulation of the parties,
16  and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its
17  order.  Based on the stipulation of the parties and the recitation of facts contained therein, the
18  Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and
19  trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court
20  specifically finds that the failure to grant a continuance in this case would deny defense counsel
21  to this stipulation reasonable time necessary for effective preparation, taking into account the
22  exercise of due diligence.  The Court finds that the ends of justice to be served by granting the
23  requested continuance outweigh the best interests of the public and the defendants in a speedy
24  trial.
25      The Court orders that the time from the date of the parties' stipulation, January 6,
26  2023, to and including March 23, 2023, shall be excluded from computation of time within which
27  the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
28

**Stipulation and Order to Continue Status Conference**

section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the January 12, 2023 status conference shall be continued until March 23, 2023, at 9:30 a.m.

      IT IS SO ORDERED.

Dated: January 9, 2023

_____
Troy L. Nunley
United States District Judge