Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
YOVANNY ONTIVEROS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:18-cr-00175 TLN |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | ) ) | |
| YOVANNY ONTIVEROS, | ) ) | |
| Defendant. | ) ) | |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,  Cameron Desmond, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Yovanny Ontiveros, that the previously scheduled status conference date of March 23, 2023, be vacated and the matter set for status conference on **May 18, 2023, at 9:30 a.m.**

　　　This continuance is requested because Mr. Ontiveros is also charged in Case No. 2:21-cr-00104 TLN.  That case has voluminous discovery requiring review which will impact the instant case.  That case is being continued by stipulation to May 18, 2023.

　　　The Government concurs with this request.

　　　Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, March 20, 2023, to and including March 23, 2023.  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

　　　　IT IS SO STIPULATED.

Dated:  March 20, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Michael E. Hansen
　　　　　　　　　　　　　　　　　　　　MICHAEL E. HANSEN
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　YOVANNY ONTIVEROS

Dated:  March 20, 2023　　　　　　　　　　Phillip Talbert
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By:  /s/ Michael E. Hansen for
　　　　　　　　　　　　　　　　　　　　CAMERON DESMOND
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

　　　　The Court orders that the time from the date of the parties' stipulation, March 20, 2023, to and including May 18, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.

section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the March 23, 2023, status conference shall be continued until May 18, 2023, at 9:30 a.m.

    IT IS SO ORDERED.

Dated: March 21, 2023

_____
Troy L. Nunley
United States District Judge