PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 2:18-CR-00175-TLN; 21-CR-00104-TLN |
|---|---|
| Plaintiff, | |
| v. | ORDER DECLARING FORFEITURE OF BOND |
| YOVANNY ONTIVEROS, | |
| Defendant. | |

WHEREAS, the defendant Yovanny Ontiveros was released from custody in this case on a $100,000 secured bond, signed by Sureties Juan De Dios Rojo Garcia, Rosa Luz Cebreros de Rojo, and Jaime A. Garcia; and

WHEREAS, one of the conditions of release was that the defendant make all court appearances required in this case; and

WHEREAS, the defendant failed to appear as ordered on November 30, 2023, in violation of the conditions of his release; and

WHEREAS, Rule 46(f)(1) of the Federal Rules requires that the court declare the bail forfeited if a condition of the bond is breached.

Based on the foregoing, and for good cause shown, IT IS HEREBY ORDERED that:

Pursuant to Title 18, United States Code, Section 3146(d) and Rule 46(f)(1) of the Federal Rules of Criminal Procedure, the $100,000 appearance bond in this case is ordered FORFEITED.

ORDER TO FORFEIT BOND        1

Pursuant to Rule 46(f)(3)(B) and (C), the Clerk of the Court is directed to serve a copy of this Order pursuant to Rule 46(f) by U.S. mail on the following people at the following address:

> Rosa Luz Cebreros de Rojo
> Juan De Dios Rojo Garcia, and
> Jaime A. Garcia Ekaterina Drapkin
> 2124 Amanda Way,
> Sacramento, CA 95822

The United States is directed, pursuant to Federal Rule of Criminal Procedure 46(f)(2)-(3), to file a motion with the District Court for an Order of Default Judgment, at which time the District Court will determine whether to enter judgment. *See United States v. Plechner*, 577 F.2d 596, 598 (9th Cir. 1978) ("A forfeiture ordered by a magistrate is valid if adopted by the district court."); *see also United States v. Gohar*, 2:17-cr-00232-GEB, ECF 212-216.

IT IS SO ORDERED.

DATED: MARCH 28, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE