PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00175-TLN |
|---|---|
| Plaintiff, | ORDER DIRECTING ENTRY OF BOND FORFEITURE JUDGMENT |
| v. | |
| YOVANNY ONTIVEROS, | |
| Defendant. | |

Having found that Defendant Yovanny Ontiveros has violated the conditions of his release and that there is no basis to set aside the forfeiture under Rule 46(f)(2)(A) – (B), and in consideration of the government's motion for entry of bond forfeiture default judgment, ECF 131,

IT IS HEREBY ORDERED that:

1. The Clerk of Court shall ENTER default judgment forfeiting the bond posted on behalf of Defendant Yovanny Ontiveros.
2. The United States Attorney shall take all necessary steps to recover the total equity of the property bond posted herein, plus interest from the date of the entry of the judgment at the current legal note until paid, plus the costs of the Court.
3. Any judgment recovered shall be APPLIED to the Crime Victims' Fund.
4. The Court shall RETAIN jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

ORDER TO FORFEIT BOND          1

5. The Clerk of the Court is directed to serve a copy of this Order pursuant to Rule 46(f) by U.S. mail on the following people at the following address:

Rosa Luz Cebreros de Rojo
Juan De Dios Rojo Garcia, and
Jaime A. Garcia Ekaterina Drapkin
2124 Amanda Way,
Sacramento, CA 95822

IT IS SO ORDERED.

DATED: July 1, 2024

Troy L. Nunley
United States District Judge

ORDER TO FORFEIT BOND     1