IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>YOVANNY ONTIVEROS,<br><br>　　　　　　　　Defendant.<br><br>ROSA LUZ CEBREROS de ROJO,<br><br>　　　　　　　　Surety. | CASE NO.  2:18-CR-00175 TLN<br><br>JUDGMENT AGAINST SURETY ROSA LUZ CEBREROS DE ROJO |

　　　　Pursuant to Federal Rule of Criminal Procedure 46(f)(3)(A), judgment is entered in favor of the United States as follows:

　　　　For the reasons states in the Order Directing Entry of Bond Forfeiture Judgment entered by this Court on July 3, 2024, the bond in the above-caption case is forfeited to the United States as ordered, and Surety Rosa Luz Cebreros de Rojo is liable to the United States for the amount of the forfeited bail, $100,000.00, together with interest and costs as allowed by law.

Dated: July 3, 2024

KEITH HOLLAND, Clerk

By J. Donati, Deputy Clerk